|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:16-cr-00763-GW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER OF DETENTION PENDING |
| v. | ) | FURTHER REVOCATION |
| | ) | PROCEEDINGS |
| Luis Fernando Jimenez, | ) | (FED. R. CRIM. P. 32.1(a)(6); 18 |
| | ) | U.S.C. § 3143(a)(1)) |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  Central  District of  California  for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

    ( )   information in the Pretrial Services Report and Recommendation

    ( )   information in the violation petition and report(s)

    ( )   the defendant's nonobjection to detention at this time

    ( )   other: _____

|   |   |   |
|---|---|---|
| 1 | | and/ or |
| 2 | B. (x) | The defendant has not met his/her burden of establishing by clear and |
| 3 | | convincing evidence that he/she is not likely to pose a danger to the safety |
| 4 | | of any other person or the community if released under 18 U.S.C. |
| 5 | | § 3142(b) or (c).  This finding is based on the following: |
| 6 | | (x)   information in the Pretrial Services Report and Recommendation |
| 7 | | (x)   information in the violation petition and report(s) |
| 8 | | ( )   the defendant's nonobjection to detention at this time |
| 9 | | ( )   other: _____ |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 08/07/2025

SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE